Terry JACKSON, Appellant,

v.

**TERRY HAYES FOUNDATION, INC. Respondent.**

No. WD 53747.

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Michael Downing, Kansas City, for Appellant.

Thomas K. Thompson, Liberty, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### *ORDER*

PER CURIAM.

From an order of the Labor and Industrial Relations Commission denying compensation, the appellant appealed asserting application of the mutual benefit, special errand, and dual purpose rules. Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Lawrence M. PHILLIPS, Appellant.**

No. WD 52700.

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Jeannie Arterburn Willibey, Asst. Defender, Kansas City, for appellant.

Philip N. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Lawrence M. Phillips appeals the circuit court's judgment convicting him of attempted forcible rape. We affirm. Rule 30.25(b).